

# NUMBER 13-08-118-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE: DONALD WAYNE THIELEMAN

---

## On Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Vela
Per Curiam Memorandum Opinion[1]

Relator, Donald Wayne Thieleman, filed a petition for writ of mandamus in the above cause on January 18, 2008. However, the party filing a petition for a writ of mandamus bears the burden of providing the court with a sufficient record to establish the petitioner's right to mandamus relief. TEX. R. APP. P. 52.7. The rules that govern our review of relator's petition require, for example, that the petition be accompanied by a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding. *See id.* at rule 52.7(a)(1); *see also id.* at rule

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

52.3(j) (required contents of appendix to petition include certified or sworn copy of "any order complained of"). Relator has not submitted an appendix or any other material constituting a record to support his petition. He, therefore, cannot demonstrate that the trial court has abused its discretion or violated a duty imposed by law.

The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See id*. at rule 52.8(a).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 25th day of March, 2008.

2